IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL SABINA,

    Plaintiff,                        14cv0160

                                      **ELECTRONICALLY FILED**

    v.

DAVISON DESIGN & DEVELOPMENT,
INC. d/b/a DAVISON, a Pennsylvania
Corporation, GEORGE DAVISON, III,

    Defendants.

## ORDER OF THE COURT GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION

And now, this 25th day of February, 2014, for the reasons set forth in the Accompanying Memorandum Opinion, it is HEREBY ORDERED that: Defendants' Motion to Compel Arbitration (doc. no. 5) is GRANTED, and for a Stay of Pre-trial Deadlines Pending Disposition of this Motion is DENIED AS MOOT (doc. no. 5). Said arbitration shall be commenced on or before March 31, 2014. This matter is stayed and administratively closed pending Arbitration. At the appropriate time following the conclusion of the arbitration process, any party may file a petition to reopen this case for the purposes of enforcing/vacating the arbitration decision.

                              **SO ORDERED** this 25th day of February, 2014.

                              s/Arthur J. Schwab
                            Arthur J. Schwab
                            United States District Judge

cc:    All Registered ECF Counsel and Parties